FILED
2025 Aug-26 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANGELA BRADY-WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) No.: 7:24-cv-1477-AMM-JHE |
| KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Angela Brady-Williams filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On June 27, 2025, the magistrate judge entered a report recommending that the petition for writ of habeas corpus be denied as moot. Doc. 16. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the claims in the petition should be denied as moot. A final judgment will be entered.

**DONE** and **ORDERED** this 26th day of August, 2025.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE